

# NUMBER 13-06-00499-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GREENGATE GROVE PROPERTY OWNERS'
ASSOCIATION, D/B/A SCOA, AND GILL KARR,
AS DIRECTOR OF GREENGATE GROVE
PROPERTY OWNERS' ASSOCIATION,                    Appellants,

v.

JURGEN SCHMELING, ET AL.,                        Appellees.

On appeal from the 206th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides**
**Memorandum Opinion Per Curiam**

Appellants, Greengate Grove Property Owners' Association, d/b/a Scoa, and Gill

Karr, as Director of Greengate Grove Property Owners' Association, perfected an appeal

from a judgment entered by the 206th District Court of Hidalgo County, Texas, in cause number C-564-02-D. Appellants have filed an unopposed motion to dismiss the appeal on grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Pursuant to the motion to dismiss, costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 10th day of July, 2008.